| | |
|---|---|
| 1 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 2 | AMBER L. ROLLER, CA Bar No. 273354 |
| | amber.roller@ogletree.com |
| 3 | SHARDE T. SKAHAN, CA Bar No. 286157 |
| | sharde.skahan@ogletree.com |
| 4 | 400 South Hope Street, Suite 1200 |
| | Los Angeles, CA  90071 |
| 5 | Telephone:  213.239.9800 |
| | Facsimile:    213.239.9045 |
| 6 | |
| 7 | Attorneys for Defendant KEURIG DR PEPPER INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KARINA NUNEZ, an individual, | Case No. 5:19-cv-00010 |
| Plaintiff, | **DECLARATION OF AMBER L. ROLLER IN SUPPORT OF DEFENDANT KEURIG DR PEPPER INC.'S NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT** |
| v. | |
| KEURIG DR. PEPPER, INC., a Delaware Corporation; and DOES 1 through 50, inclusive, | |
| Defendant. | [Filed concurrently with Civil Cover Sheet; Notice of Removal of Civil Action to United States District Court; Certification of Interested Parties; Corporate Disclosure Statement; Declaration of Erkan Cetin in Support of Removal] |
| | Complaint Filed: November 29, 2018 |
| | Trial Date:         None |

I, Amber L. Roller, hereby declare and state as follows:

1. I am an attorney duly licensed to practice before all of the Courts of the State of California, and am a Shareholder with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree"), counsel of record for defendant Keurig Dr Pepper Inc. ("KDP") in this action. I am one of the attorneys primarily responsible for handling the defense of this matter. I make this declaration in support of KDP's Notice of Removal to the United States District Court facts stated herein are based on my own personal knowledge, and, if called as a witness, I could and would competently testify as to the truthfulness of these facts.

2. On or about November 29, 2018, an action was commenced against KDP by plaintiff Karina Nunez ("Plaintiff") in the Superior Court of the State of California, County of San Bernardino, entitled *Karina Nunez, an individual, v. Keurig Dr. Pepper, Inc., a Delaware corporation; and Does 1 through 50, inclusive*, Case No. CIV DS 1830926 ("Complaint" or "State Court Action").

3. On or around December 3, 2018, Plaintiff served KDP with a copy of the Complaint. A true and correct copy of the Complaint and the "Service of Process Notice" issued to KDP's registered agent for service are attached hereto as **Exhibit 1**.

4. KDP filed its answer to the Complaint on January 2, 2019. A true and correct copy of the Answer is attached hereto as **Exhibit 2**.

5. A trial setting conference has been set for April 24, 2019 in the Superior Court. A true and correct copy of the Notice of Trial Setting Conference is attached to this declaration as **Exhibit 3**. A Certificate of Assignment also was filed in the State Court Action, a true and correct copy of which is attached to this declaration as **Exhibit 4**. The documents in Exhibits 1-4 constitute all pleadings, process and other documents that were filed in in the Superior Court of the State of California for the County of San Bernardino, and received by and/or served by KDP in this action prior to the filing of this Notice of Removal.

6. Attached as **Exhibit 5** to this declaration are true and correct copies of the following federal and state court decisions/verdicts:

(a) *Olivares v. Dason,* No. CIVDS-13-00810, 2016 WL 1237910 (San Bernardino County Sup. Ct. Feb. 25, 2016);

*(b)* *Vandervoort v. Fontana Unified Sch. Dist., et. al.*, No. CIVDS-12-06421, 2015 WL 5012830 (San Bernardino County Sup. Ct. Mar. 2, 2015);

(c) *Berdnik v. Fontana Unified Sch. Dist.,* No. CIVDS-12-10595, 2015 WL 4183508 (San Bernardino County Sup. Ct. July 2, 2015);

(d) *Boyd v. Delta Tech. Indus.,* No. CIVDS-12-00567, 2017 WL 8233669 (San Bernardino County Sup. Ct. Feb. 22, 2017);

(e) *Leggins v. Rite Aid Corporation, et. al.*, No. BC511139, 2015 Jury Verdicts LEXIS 7889 (L.A. County Sup. Ct.);

(f) *Haase v. Aerodynamics Inc.*, No. 2:09-cv-01751-MCE-GGH, 2009 WL 3368519 (E.D. Cal. 2009);

(g) *Rhoton v. Ryder*, No. 982350, 2000 WL 1084569 (C.D. Cal. Feb. 10, 2000);

(h) *Akers vs. County of San Diego,* No. 718187, 1999 WL 1938858 (Cal. Super. Ct. Nov. 8, 1999).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and this declaration was executed on January 2, 2019, at Los Angeles, California.

/s/ Amber L. Roller
Amber L. Roller

36848824_1.docx

36848824.1

2    Case No. 5:19-cv-00010
DECLARATION OF AMBER L. ROLLER IN SUPPORT OF DEFENDANT'S
NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT